# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: BAHNKEN-DONER, PATRICIA E  § Case No. 8-20-72814-AST
§
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 28, 2020. The undersigned trustee was appointed on August 28, 2020.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $         30,000.00

| Funds were disbursed in the following amounts: | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $        30,000.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/14/2021 and the deadline for filing governmental claims was 02/24/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,750.00, for a total compensation of $3,750.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $190.00, for total expenses of $190.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/23/2021          By: /s/R. KENNETH BARNARD, ESQ.
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 8-20-72814-AST  
**Case Name:** BAHNKEN-DONER, PATRICIA E  

**Period Ending:** 03/23/21

**Trustee:** (520840) R. KENNETH BARNARD, ESQ.  
**Filed (f) or Converted (c):** 08/28/20 (f)  
**§341(a) Meeting Date:** 10/07/20  
**Claims Bar Date:** 01/14/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1/2 int in 1003 Canoochee Court, Lake Ariel, PA | 93,000.00 | 20,000.00 | | 30,000.00 | FA |
| 2 | 2020 Jeep Grand Cherokee, Vehicle is leased. Ent | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Electronics | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | Wearing apparel | 1,250.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Pets | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Cash | 75.00 | 0.00 | | 0.00 | FA |
| 9 | checking account ending 7680 Joint with husband: | 215.00 | 0.00 | | 0.00 | FA |
| 10 | savings account ending 6010 joint with husband: | 75.00 | 0.00 | | 0.00 | FA |
| 11 | checking account ending 6392, joint with Laura E | 6,782.00 | 0.00 | | 0.00 | FA |
| 12 | savings account ending 1136, joint with Laura E | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Interior Creations (unincorporated), 100% owners | 0.00 | 0.00 | | 0.00 | FA |
| 14 | IRA $7,000 deposited 8/25/2020: Invesco | 11,229.00 | 0.00 | | 0.00 | FA |
| **14** | **Assets    Totals** (Excluding unknown values) | **$117,226.00** | **$20,000.00** | | **$30,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee has entered into a settlement with respect to the Debtor's interest in real estate

**Initial Projected Date Of Final Report (TFR):** December 31, 2021   **Current Projected Date Of Final Report (TFR):** March 23, 2021 (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 8-20-72814-AST  
**Case Name:** BAHNKEN-DONER, PATRICIA E  

**Taxpayer ID #:** **-***6150  
**Period Ending:** 03/23/21  

**Trustee:** R. KENNETH BARNARD, ESQ. (520840)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******8812 - Checking Account  
**Blanket Bond:** $69,289,805.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/08/21 | {1} | Patricia Bahnken-Doner | Payment received under the stipulation re: real estate | 1110-000 | 16,000.00 | | 16,000.00 |
| 03/08/21 | {1} | Patricia Bahnken-Doner | Payment received under the stipulation re: real estate | 1110-000 | 9,000.00 | | 25,000.00 |
| 03/08/21 | | Raymond Doner | Payment received under the stipulation re: real estate | 1110-000 | 15,000.00 | | 40,000.00 |
| 03/08/21 | {1} | Raymond doner | Payment received under the stipulation re: real estate | 1110-000 | 1,500.00 | | 41,500.00 |
| 03/08/21 | {1} | Patricia Bahnken | Payment received under the stipulation re: real estate | 1110-000 | 3,500.00 | | 45,000.00 |
| 03/08/21 | | Raymond Doner | Reversed Deposit 100003 1 Payment received under the stipulation re: real estate | 1110-000 | -15,000.00 | | 30,000.00 |
| | | | **ACCOUNT TOTALS** | | **30,000.00** | **0.00** | **$30,000.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **30,000.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$30,000.00** | **$0.00** | |

Net Receipts : 30,000.00  
Net Estate : $30,000.00  

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8812** | 30,000.00 | 0.00 | 30,000.00 |
| | **$30,000.00** | **$0.00** | **$30,000.00** |

{} Asset reference(s)

| Printed: 03/23/21 01:18 PM | **Claims Distribution Register - Exhibit C** | | | | Page: 1 |
|---|---|---|---|---|---|

**Case: 8-20-72814-AST    BAHNKEN-DONER, PATRICIA E**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 2S | 10/28/20 | 100 | Internal Revenue Service<br>10 Metrotech Center<br>625 Fulton Street<br>Brooklyn, NY 11201<br>\<4300-00   Internal Revenue Service Tax Liens (pre-petition)\> | 47,717.37 | 47,717.37 | 0.00 | 47,717.37 | 19,324.00 |
| 7 | 12/07/20 | 100 | Capital One Auto Finance, a division of<br>Capital One, N.A.<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br>\<4210-00   Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)\><br>Auto loan. No payment will be made on this claim. Claimant holds a lien on a vehicle and maintains its pre-petition rights.<br>Funds to be distributed by the Estate were not derived from the sale of the vehicle which is subject to claimant's lien | 0.00 | 0.00<br>* | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:    40.49678% Paid** | **$47,717.37** | **$47,717.37** | **$0.00** | **$47,717.37** | **$19,324.00** |
| 1S | 10/28/20 | 101 | New York State Department of<br>Taxation & Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205-0300<br>\<4800-00   State and Local Tax Liens (pre-pet. income, sales, pers. prop. - not real prop.)\> | 970.42 | 970.42 | 0.00 | 970.42 | 0.00 |
| | | | **Priority 101:    0% Paid** | | | | | |
| | | | **Total for Secured Claims:** | **$48,687.79** | **$48,687.79** | **$0.00** | **$48,687.79** | **$19,324.00** |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 08/28/20 | 95 | R. KENNETH BARNARD, ESQ.<br>3305 Jerusalem Avenue<br>Suite 215<br>Wantagh, NY 11793<br>\<2200-00   Trustee Expenses\> | 190.00 | 190.00 | 0.00 | 190.00 | 190.00 |
| | 08/28/20 | 95 | R. KENNETH BARNARD, ESQ.<br>3305 Jerusalem Avenue<br>Suite 215<br>Wantagh, NY 11793<br>\<2100-00   Trustee Compensation\> | 3,750.00 | 3,750.00 | 0.00 | 3,750.00 | 3,750.00 |
| | 08/28/20 | 95 | LAW OFFICES OF R. KENNETH<br>BARNARD<br>3305 Jerusalem Ave.<br>Ste 215<br>Wantagh, NY 11793<br>\<3110-00   Attorney for Trustee Fees (Trustee Firm)\> | 6,336.00 | 6,336.00 | 0.00 | 6,336.00 | 6,336.00 |
| | 08/28/20 | 95 | Prager Metis CPA's, LLC<br>401 Hackensack Avenue<br>4th Floor<br>Hackensack, NJ 07601<br>\<3310-00   Accountant for Trustee Fees (Trustee Firm)\> | 400.00 | 400.00 | 0.00 | 400.00 | 400.00 |
| | | | **Total for Priority 95:    100% Paid** | **$10,676.00** | **$10,676.00** | **$0.00** | **$10,676.00** | **$10,676.00** |

(*) Denotes objection to Amount Filed

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| | | | **Total for Admin Ch. 7 Claims:** | **$10,676.00** | **$10,676.00** | **$0.00** | **$10,676.00** | **$10,676.00** |
| **Priority Claims:** | | | | | | | | |
| 1P | 10/28/20 | 570 | New York State Department of Taxation & Finance Bankruptcy Section P O Box 5300 Albany, NY 12205-0300 \<5800-00   Claims of Governmental Units\> | 65.30 | 65.30 | 0.00 | 65.30 | 0.00 |
| 2P | 10/28/20 | 570 | Internal Revenue Service 10 Metrotech Center 625 Fulton Street Brooklyn, NY 11201 \<5800-00   Claims of Governmental Units\> | 29,813.21 | 29,813.21 | 0.00 | 29,813.21 | 0.00 |
| | | | **Total for Priority 570:   0% Paid** | **$29,878.51** | **$29,878.51** | **$0.00** | **$29,878.51** | **$0.00** |
| | | | **Total for Priority Claims:** | **$29,878.51** | **$29,878.51** | **$0.00** | **$29,878.51** | **$0.00** |
| **Unsecured Claims:** | | | | | | | | |
| 1U | 10/28/20 | 610 | New York State Department of Taxation & Finance Bankruptcy Section P O Box 5300 Albany, NY 12205-0300 \<7100-00   General Unsecured § 726(a)(2)\> | 24.26 | 24.26 | 0.00 | 24.26 | 0.00 |
| 2U | 10/28/20 | 610 | Internal Revenue Service 10 Metrotech Center 625 Fulton Street Brooklyn, NY 11201 \<7100-00   General Unsecured § 726(a)(2)\> | 25,812.81 | 25,812.81 | 0.00 | 25,812.81 | 0.00 |
| 3 | 11/03/20 | 610 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A.,c/o Robertson, Anschutz & Schneid, P.L.,6409 Boca Raton, FL 33487 \<7100-00   General Unsecured § 726(a)(2)\> | 1,482.39 | 1,482.39 | 0.00 | 1,482.39 | 0.00 |
| 4 | 11/05/20 | 610 | Daniel Christensen 1225 Franklin Avenue, Suite 450 Garden City, NY 11530 \<7100-00   General Unsecured § 726(a)(2)\> | 2,750,000.00 | 2,750,000.00 | 0.00 | 2,750,000.00 | 0.00 |
| 5 | 11/10/20 | 610 | ACAR Leasing LTD d/b/a GM Financial Leasing P.O. Box 183853 Arlington, TX 76096 \<7100-00   General Unsecured § 726(a)(2)\> | 3,456.46 | 3,456.46 | 0.00 | 3,456.46 | 0.00 |

Printed: 03/23/21 01:18 PM     **Claims Distribution Register - Exhibit C**     Page: 3

## Case: 8-20-72814-AST    BAHNKEN-DONER, PATRICIA E

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 6 | 11/24/20 | 610 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA 98083-0657<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 288.12 | 288.12 | 0.00 | 288.12 | 0.00 |
| | | | **Total for Priority 610:   0% Paid** | **$2,781,064.04** | **$2,781,064.04** | **$0.00** | **$2,781,064.04** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$2,781,064.04** | **$2,781,064.04** | **$0.00** | **$2,781,064.04** | **$0.00** |
| | | | **Total for Case :** | **$2,870,306.34** | **$2,870,306.34** | **$0.00** | **$2,870,306.34** | **$30,000.00** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8-20-72814-AST
Case Name: BAHNKEN-DONER, PATRICIA E
Trustee Name: R. KENNETH BARNARD, ESQ.

**Balance on hand:** $ 30,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1S | New York State Department of Taxation & Finance | 970.42 | 970.42 | 0.00 | 0.00 |
| 2S | Internal Revenue Service | 47,717.37 | 47,717.37 | 0.00 | 19,324.00 |
| 7 | Capital One Auto Finance, a division of Capital One, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 19,324.00
Remaining balance: $ 10,676.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - R. KENNETH BARNARD, ESQ. | 3,750.00 | 0.00 | 3,750.00 |
| Trustee, Expenses - R. KENNETH BARNARD, ESQ. | 190.00 | 0.00 | 190.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF R. KENNETH BARNARD | 6,336.00 | 0.00 | 6,336.00 |
| Accountant for Trustee, Fees - Prager Metis CPA's, LLC | 400.00 | 0.00 | 400.00 |

Total to be paid for chapter 7 administration expenses: $ 10,676.00
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $29,878.51 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | New York State Department of Taxation & Finance | 65.30 | 0.00 | 0.00 |
| 2P | Internal Revenue Service | 29,813.21 | 0.00 | 0.00 |

Total to be paid for priority claims: $     0.00
Remaining balance: $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,781,064.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | New York State Department of Taxation & Finance | 24.26 | 0.00 | 0.00 |
| 2U | Internal Revenue Service | 25,812.81 | 0.00 | 0.00 |
| 3 | JPMorgan Chase Bank, N.A. | 1,482.39 | 0.00 | 0.00 |
| 4 | Daniel Christensen | 2,750,000.00 | 0.00 | 0.00 |
| 5 | ACAR Leasing LTD d/b/a GM Financial Leasing | 3,456.46 | 0.00 | 0.00 |
| 6 | Department Stores National Bank | 288.12 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $     0.00
Remaining balance: $     0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for tardy general unsecured claims: | **$** 0.00 |
| | Remaining balance: | **$** 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| | Total to be paid for subordinated claims: | **$** 0.00 |
| | Remaining balance: | **$** 0.00 |

**UST Form 101-7-TFR (05/1/2011)**